In the Matter of the Accounting of GEORGE F. CANFIELD et al., as Trustees under the Will of MARGARET T. SCHLEY, Deceased.

J. MONTFORT SCHLEY et al., Appellants; ANDREW S. HAMERSLEY, Special Guardian for EBENEZER S. M. SCHLEY et al., Respondent.

(Submitted March 19, 1923; decided March 23, 1923.)

Motion to amend remittitur denied, without costs. (See 235 N. Y. 551.)

RATHBONE, SARD & COMPANY, Appellant, *v.* VIRGINIA IRON, COAL AND COKE COMPANY, Respondent.

(Submitted March 19, 1923; decided March 23, 1923.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements.   (See 234 N. Y. 642.)